UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO TRAPAGA, <u>PRO SE</u>,<br>  Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE, in his capacity as interim Director Immigration Removal Enforcement, and;<br>ROBERT MURPHY, Superintendent of Massachusetts Treatment Center, (Nemansket Corr. Facility),<br>  Defendants. | )<br>)<br>)<br>) Immigration Court Removal<br>) Proceeding: A24-792-227<br>)<br>)<br>) **PETITIONER'S MOTION REQUESTING**<br>) **LEAVE FOR UNITED STATES MARSHAL**<br>) **SERVICE TO PERFECT SERVICE**<br>)<br>)<br>)<br>)<br>) |

  NOW COMES the above Petitioner, and herby files his self prepared Motion Requesting Leave for United States Marshal Service to Perfect Service, with Costs being Advanced by the United States.

              Respectfully submitted,

              */s/ Alberto Trapaga*
              Alberto Trapaga,
              Mass. Treatment Center
              30 Administration Road
              Bridgewater, MA 02324-3230
              Petitioner, Pro Se

  Dated, this, ___2nd___, day of December 2004, at Bridgewater, Massachusetts 02324-3230.