```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

ALBERTO TRAPAGA,               )
          Petitioner,          )
                               )
     v.                        )  C.A. No. 04-12599-NMG
                               )
BRUCE CHADBOURNE, et al.,      )
          Respondents.         )
```

SERVICE ORDER

On December 9, 2004, petitioner Alberto Trapaga, a resident of the Massachusetts Treatment Center, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Robert Murphy, Superintendent, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, MA 02324; (ii) the Office of the United States Attorney [Attn: Jennifer Boal]; and (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114.

(2) The Respondents shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.
SO ORDERED.

```
1/11/05                   /s/ Nathaniel M. Gorton
Date                      United States District Judge
```