UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT TRAPAGA, PRO SE,<br><br>Petitioner,<br><br>vs.<br><br>BRUCE CHADBOURNE, in his<br>capacity as field Office<br>Director of Detention for<br>Removal of Detainees,<br><br>Defendants., ET AL. | FILED<br>IN CLERKS OFFICE<br>2005 FEB -1 P 2:34<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS<br><br>CIVIL ACTION<br>NO. 1:04-cv-12599<br><br>**PETITIONER'S MOTION FOR THE APPOINTMENT OF COUNSEL** |

NOW COMES the above petitioner, Alberto Trapaga, and hereby files his self-prepared Motion Requesting the Appointment of Counsel in the above-entitled matter.

As grounds for such motion, petitioner states that; (a) he is indigent, and can only pay the cost of the $5.00 filing fee, and (b) that he is not schooled in law and his action desperately needs the full attention of experienced counsel, and (c) that the issues around deportation and immigration are very complex, and it would be a waste of valuable resources for the court to force him to act on his own in such an important matter and, (d) he is an illegal Alien which makes the action more complex. Finally, the appointment of counsel would be cost effective to both the court and the United States.

**WHEREFORE**, petitioner prays that this Honorable Court will grant his motion for all stated herein.

                                              Respectfully submitted,

                                              */s/ Alberto Trapaga*
                                              Albert Trapaga,
                                              Mass Treatment Center
                                              30 Administration Road
                                              Bridgewater, MA 02324-3230
                                              Petitioner, Pro Se

Dated: January 17, 2005