UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO TRAPAGA, PRO SE,<br><br>    Petitioner,<br><br>vs.<br><br>BRUCE CHADBOURNE, ET AL,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:04-cv-12599<br><br>PETITIONER'S MOTION FOR LEAVE TO REQUEST AN ENLARGMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION |

NOW COMES the above petitioner, and hereby files his self prepared motion Requesting Leave for Enlargment of Time to File Responsive Pleadings to defendants' motion to dismiss or alternatively summary judgment. Petitioner has made renewed motion for the appointment of counsel, the issues surrounding deportation and immigration are of the nature that only experienced counsel could legally interpert. Petitioner respectfully requests an enlargment up to, and including April 01,2005 to answer to defendants motion. Such an enlargment would not cause any undue hardship or prejudice the defendants in anyway.

Respectfully submitted

*/s/ Alberto Trapaga*
Alberto Trapaga,
Petitioner, Pro Se,

Dated: 02/09/ ,2005

CERTIFICATE OF SERVICE

I hereby declare under the pains and penalties of perjury that I have this below date served photocopy of the within motion upon the United States Attorney's Office.

Dated: 02/09/ ,2005

*/s/ Alberto Trapaga*
Alberto Trapaga