FROM: Alberto Trapaga
      Mass. Treatment Center
      30 Administration Road
      Bridgewater, MA. 02324-3230

TO: Ms. Susan Jenness, Intake Clerk
    United States District Court
    for District of Massachusetts
    John Joseph Moakley, U.S. Courthouse
    1 Courthouse Way - Suite 2300
    Boston, Massachusetts 02210

RE: **Trapaga v Chadbourbe, et al.**
    **U.S.D.C. NO. 1: 04-cv-12599NMG**

Dear Ms. Jenness:

I had filed renewed motion requesting appointment of counsel with supporting affidavit, along with a request for enlargment of time. To date, I have not heard from the court. Would you be so kind as to inform of the status of the within as soon as possible.

Thanking you ever so kindly, I anxiously await your return reply, I, respectfully remain:

Sincerely,
Alberto Trapaga
Petitioner, Pro Se

AT/mm
Enclosures (1)
file
xc: