UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: Alberto Trapaga, )
)
Petitioner. )   CIVIL ACTION
)   NO. 1:04-cv-12599
)
)
)

**PETITIONER'S MOTION TO FURTHER ENLARGE TIME
TO ANSWER RESPONDENTS' MOTION TO DISMISS**

NOW COMES the above petitioner, Albert Trapaga, and herby files his self-prepared Motion Requesting Further Enlargment of Time to Answer respondents' Motion to Dismiss. As grounds, petitioner states that further enlargment of time to answer would not prejudice the respondent in any way. Petitioner has been working very diligently to retain counsel or to have counsel take on his action pro bono. Petitioner requests that such enlargment up to, and including August 01,2005 to try to find counsel.

**WHEREFORE**, petitioner prays that this Court will gant his motion in its entirety.

Respectfully submitted

*Alberto Trapaga*
Alberto Trapaga,
Petitioner, Pro Se

Dated: May 13,2005