UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: ALBERTO TRAPAGA,  )          CIVIL ACTION
                         )          NO. 1:04-cv-12599
        Petitioner.      )
                         )          **PETITIONER'S MOTION REQUESTING**
                         )          **LEAVE TO FILE FOR**
                         )          **RECONSIDERATION**

NOW COMES the above petitioner, ALBERTO TRAPAGA,

and hereby files his self prepared motion requesting

the Court's leave to file for reconsideration of the

Court's Judgment on August 23,2005 (Elefther, Elizabeth).

As ground(s) for such motion, petitioner states:

1. That on February 09,2005, petitioner filed motion
   requesting leave for enlargment of time to answer
   opposition of the United States Attorney's motion
   to dismiss for failure to state a claim on which
   relief could have been granted, and;

2. That petitioner's motion was either not heard
   or he was not notified as to his request for
   leave for enlargment of time in order to respond
   to respondent's motion to dismiss. Petitioner
   has waited patiently since the filing of such
   motion on February 09,2005, for the Court to
   make ruling and issue an order as to his request
   for enlargment of time. Because the Court errored
   in failing to inform petitioner on the status
   of his request for enlargment of time, petitioner
   should not be penalized for failure to respond,
   especially [w]here he has waited patiently to
   find out, if, in fact, if the motion was granted,
   or denied, and because he was not notified as
   to the status of said motion, he should not bare
   the burden, because he had no control over the
   Court's action. Petitioner should be given an
   opportunity to file opposition, or at least the
   chance to amend to correct any and all claim
   difficientcies, and;  SEE Petitioner's Exhibit A
   Appended.

3. That if the Court is inclined to agree with the
   United States Attorney in his motion to dismiss,
   for failure to state a claim under which relief
   could be granted, the Court should at least,
   allow petitioner an opportunity to amend his
   complaint to correct any and all difficientcies,
   it is well settled case law within the federal
   court's that a complaint that is considered to
   to be difficient on its face, the complainant
   should be allowed to correct any and all
   difficentcies, in any event, petitioner was not
   notified of the status of his motion requesting
   enlargment of time, therefore, in the interests
   of justice, he should be allowed to answer to
   respondent's motion to dismiss, or in the very
   alternative, he should be allowed to amend his
   complaint to correct the difficientcies.

## CONCLUSION

For all the foregoing reasons, petitioner's motion
shouldd-be granted in it's entirety, for the more precious
the right, the greater the protection.

Respectfully submitted

Alberto Trapaga,
Mass. Treatment Center
30 Administration Road
Bridgewater, MA 02324-3230
PETITIONER, PRO SE

Dated:  _10_ -- _4_ -- ,2005

### CERTIFICATE OF SERVICE

I, hereby certify under the pains and penalties of perjury
that I have this below date served true copy of the within motion
upon the Office of the United States Attorney by mailing same postage
prepaid first class mail to his address.

Dated:  _10_ - _4_ - ,2005

Alberto Trapaga

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERTO TRAPAGA, PRO SE,  )
            Petitioner,   )
                          )        CIVIL ACTION
vs.                       )        NO. 1:04-cv-12599
                          )
BRUCE CHADBOURNE, ET AL,  )   **PETITIONER'S MOTION FOR LEAVE 'O**
            Defendants.   )   **REQUEST AN ENLARGMENT OF TIME 'O**
                              **RESPOND TO DEFENDANTS' MOTION**

NOW COMES the above petitioner, and hereby files

his self prepared motion Requesting Leave for Enlargment

of Time to File Responsive Pleadings to defendants' motion

to dismiss or alternatively summary judgment. Petitioner

has made renewed motion for the appointment of counsel,

the issues surrounding deportation and immigration are

of the nature that only experienced counsel could legally

interpert. Petitioner respectfully requests an enlargment

up to, and including April 01,2005 to answer to defendants

motion. Such an enlargment would not cause any undue

hardship or prejudice the defendants in anyway.

                              Respectfully submitted

                              Alberto Trapaga
                              Petitioner, Pro Se,

Dated: ____/____/____,2005

CERTIFICATE OF SERVICE

I hereby declare under the pains and penalties of perjury that I
have this below date served photocopy of the within motion upon
the United States Attorney's Office.

Dated: ____/____/____,2005

                              Alberto Trapaga

TO: United States District Court
    Ms. Susan Jenness, Intake Clerk
    John Joseph Moakley, U.S. Courthouse
    1 Courthouse Way - Suite 2300
    Boston, Massachusetts 02210

FROM: Alberto Trapaga
    Massachusetts Treatment Center
    30 Administration Road
    Bridgewater, Massachusetts 02324-3230

    Trapaga v. Chadbourne, et al.
    U.S.D.C. Civil Docket 1:04-cv-12599

Dear Ms. Jenness:

    Would you be so kind as to bring to the court's
attention the enclosed motion, and affidavits that support
petitioner's renewed motion for appointment of counsel.

    Also, would you be so kind as to forward to me copies
of the docket entries in the above matter, it would be
greatly appreciated.

    Thanking you ever so kindly, I anxiously await your
return reply, I remain:

                                    Sincerely,
                                    Alberto Trapaga
                                    Mass Treatment Center
                                    30 Administration Road
                                    Bridgewater, MA. 02324-3230
                                    PETITIONER, PRO SE

AT/mm
Enclosures
file
xc: United States Attorney's Office
    Michael F. Lyons, Esq.
    Mass. Defenders Committee
    American Civil Liberties Union Foundation