UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET #1:04-cv-12599

In re: ALBERTO TRAPAGA,

---

On October 07, 2005, the above petitioner, Alberto Trapaga filed for reconsideration in the above matter. On October 12, 2005, the above Motion for Reconsideration was entered, (Elefther, Elizabeth).

To date, petitioner has not been informed of any subsequent decision on the above motion requesting Leave to file for reconsideration. If possible would the Clerk be so kind as to inform petitioner as to the status of the above motion it would be greatly appreciated.

Thanking you ever so kindly, I anxiously await your return reply with the status of the above motion, I, remain:

Sincerely,

Alberto Trapaga,
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324-3230
PETITIONER, PRO SE

Dated: 10-21-05 ,2005