## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Albert Trapaga,**
        **Petitioner**

V.

**Bruce Chadbourne, et al.,**
        **Respondent**

CIVIL ACTION

NO.   04-12599

## ORDER OF DISMISSAL

**Gorton,   D. J.**

In accordance with the Court's Memorandum and Order dated   8/19/05   granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

11/1/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismmemo.ord - 09/92)                                                                                              [odism.]